■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PAUL CLEMONS, Respondent. [652 NYS2d 576] —Order unanimously

affirmed and indictment dismissed for reasons stated in decision at Onondaga County Court, Mulroy, J. (Appeal from Order of Onondaga County Court, Mulroy, J.—Suppress Evidence.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.